1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   YOUNG YIL JO,                              )   Case No.: 1:13-cv-01107 - LJO – JLT (PC)
                                                )
12              Plaintiff,                      )   ORDER DISMISSING THE ACTION
                                                )
13        v.                                    )   (Doc. 1)
                                                )
14   SIX UNKNOWN NAMES AGENTS, et al.,          )
                                                )
15              Defendant.                      )
                                                )
16   _____        )

17            Plaintiff Young Yil Jo ("Plaintiff") is a federal prisoner proceeding *pro se* in an action pursuant

18   to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).  As

19   recently as July 9, 2013, the Court advised Plaintiff that he cannot assert an action against "Six

20   Unknown Agents" in this Court because venue is improper. Young Yil Jo v. Six Unknown Names

21   Agents, Case No. 1:13-cv-00999-LJO-JLT, Doc. 2, (E.D. Cal. June 25, 2013). Plaintiff is incarcerated

22   at the ICE Processing Center in El Paso, Texas, which is outside of this Court's district. Therefore,

23   venue remains improper in this Court. 28 U.S.C. § 1391(b).

24            Over the past 15 years, Plaintiff has initiated over 200 matters in this Court. Plaintiff's

25   continual filing of claims which lack venue is done in bad faith and is vexatious.[1]  As such, the Court

26
27
28   _____
         [1] As it did in Young Yil Jo v. Six Unknown Names Agents, Case No. 1:13-cv-00933, Doc. 2 at 2 n. 2 , the Court
     again notes that:

1

1   dismisses the present matter without prejudice, and finds that transfer of the matter is unwarranted.

2   Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986) (a court may raise defective venue *sua*

3   *sponte*).

4          Accordingly, this action is HEREBY ORDERED DISMISSED, without prejudice, for lack of

5   venue.

6

7

8   IT IS SO ORDERED.

9       Dated:   **July 22, 2013**                    **/s/ Lawrence J. O'Neill**

10                                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

---

23      "As further evidence of plaintiff's bad faith and vexatiousness, the court takes judicial notice of the court
        records in case numbers CV-F-04-5298 AWI SMS P Jo v. Bush, CV-F-04-5336 REC LJO P Jo v. Bush,
24      CV-F-04-5540 OWW SMS P Jo v. Holderman, CV-F-04-5800 OWW WMW P Jo v. Bush, CV-F-04-
        5865 AWI WMW P Jo v. Bush, CV-F-04-5934 REC SMS P Jo v. Bush, CV-F-04-5962 REC DLB P Jo
25      v. Bush, CV-F-04-5985 OWW LJO P Jo v. Bush, CV-F-04-6064 AWI WMW P Jo v. Bush, CV-F-04-
        6087 AWI DLB P Jo v. Bush, CV-F-04-6273 AWI LJO P Jo v. Bush, CV-F-04-6356 OWW SMS P Jo v.
26      Bush, CV-F-04-6411 AWI WMW P Jo v. Bush, CV-F-04-6521 OWW DLB P Jo v. Bush, CV-F-04-
        6543 OWW DLB P Jo v. Bush, and CV-F-04-6576 AWI DLB P Jo v. Bush. These sixteen cases were
27      dismissed on the same ground that the instant action is dismissed - lack of venue where plaintiff is
        already on notice that venue is incorrect in this district."

28
    Young Yil Jo v. Six Unknown Names Agents, Case No. 1:13-cv-00933, Doc. 2 at 2 n. 2.

                                        2