UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YOUNG YIL JO, | ) | Case No.: 1:13-cv-01107 - LJO – JLT (PC) |
| Plaintiff, | ) ) | ORDER DISMISSING THE ACTION |
| v. | ) ) | (Doc. 1) |
| SIX UNKNOWN NAMES AGENTS, et al., | ) ) | |
| Defendant. | ) ) ) | |

    Plaintiff Young Yil Jo ("Plaintiff") is a federal prisoner proceeding *pro se* in an action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). As recently as July 9, 2013, the Court advised Plaintiff that he cannot assert an action against "Six Unknown Agents" in this Court because venue is improper. <u>Young Yil Jo v. Six Unknown Names Agents</u>, Case No. 1:13-cv-00999-LJO-JLT, Doc. 2, (E.D. Cal. June 25, 2013). Plaintiff is incarcerated at the ICE Processing Center in El Paso, Texas, which is outside of this Court's district. Therefore, venue remains improper in this Court. 28 U.S.C. § 1391(b).

    Over the past 15 years, Plaintiff has initiated over 200 matters in this Court. Plaintiff's continual filing of claims which lack venue is done in bad faith and is vexatious.[1] As such, the Court

---

[1] As it did in Young Yil Jo v. Six Unknown Names Agents, Case No. 1:13-cv-00933, Doc. 2 at 2 n. 2 , the Court again notes that:

1

dismisses the present matter without prejudice, and finds that transfer of the matter is unwarranted. Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986) (a court may raise defective venue *sua sponte*).

Accordingly, this action is HEREBY ORDERED DISMISSED, without prejudice, for lack of venue.

IT IS SO ORDERED.

Dated:   **July 22, 2013**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

---

"As further evidence of plaintiff's bad faith and vexatiousness, the court takes judicial notice of the court records in case numbers CV-F-04-5298 AWI SMS P Jo v. Bush, CV-F-04-5336 REC LJO P Jo v. Bush, CV-F-04-5540 OWW SMS P Jo v. Holderman, CV-F-04-5800 OWW WMW P Jo v. Bush, CV-F-04-5865 AWI WMW P Jo v. Bush, CV-F-04-5934 REC SMS P Jo v. Bush, CV-F-04-5962 REC DLB P Jo v. Bush, CV-F-04-5985 OWW LJO P Jo v. Bush, CV-F-04-6064 AWI WMW P Jo v. Bush, CV-F-04-6087 AWI DLB P Jo v. Bush, CV-F-04-6273 AWI LJO P Jo v. Bush, CV-F-04-6356 OWW SMS P Jo v. Bush, CV-F-04-6411 AWI WMW P Jo v. Bush, CV-F-04-6521 OWW DLB P Jo v. Bush, CV-F-04-6543 OWW DLB P Jo v. Bush, and CV-F-04-6576 AWI DLB P Jo v. Bush. These sixteen cases were dismissed on the same ground that the instant action is dismissed - lack of venue where plaintiff is already on notice that venue is incorrect in this district."

Young Yil Jo v. Six Unknown Names Agents, Case No. 1:13-cv-00933, Doc. 2 at 2 n. 2.